BANK OF ORLEANS *vs.* RICE.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

An exception which on the face of it is frivolous, and puts nothing at issue, need not be set for trial, but may be dismissed on motion.

This is an action on a promissory note under protest. The defendant excepted to the petition, on the ground that it did not set forth the place of residence of the plaintiff.

The counsel for the plaintiff, on motion, and giving the court to understand that the exception was frivolous on its face, had it dismissed. Judgment by default was confirmed, and a new trial prayed for, on the ground that the exception was dismissed without being called up for trial. A new trial was refused, and the defendant appealed.

*L. Peirce,* for the plaintiff.

*Eggleston, contra.*

*Rost, J.,* delivered the opinion of the court.

The plaintiff seeks to recover from the defendant the amount of a promissory note. The defendant filed as an exception that the residence of the plaintiff was not set forth in his petition, and prayed to be dismissed with costs, on that account. On motion of plaintiff's counsel, that exception was dismissed by the court, on the ground that it was frivolous on the face of it. Judgment by default was entered against the defendant, and after the usual delays, and proof of the plaintiff's claim, it was made final. The defendant appealed.

The judge was undoubtedly right in dismissing, as he did, an exception which on the face of it was frivolous; it put nothing at issue, and need not have been set for trial.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with costs.